Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 800.920.1292
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, California 95834
Telephone: 916.974.9756
Facsimile: 916.927.2046

Attorney for Plaintiff,
LISAMARIE MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE MASON,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO HILLS FIRE DEPARTMENT; DAVE ROBERTS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00223-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER**<br><br>*Assigned for All Purposes to*<br>*Hon. Morrison C. England, Jr., Crtrm 7*<br><br>Action Filed: February 1, 2018 |

The Joint Stipulation of the Parties to Modify Scheduling Order is hereby GRANTED as follows:

1. A continuance of Discovery from February 1, 2019 to September 3, 2018;

2. A continuance of Designation of Expert Witness deadline from April 2, 2019 to November 4, 2019;

///

1

**Order Granting Joint Stipulation of Parties to Modify the Scheduling Order**

*Mason v. El Dorado Hills Fire Department, et al.*        Lawrance A. Bohm, Esq.
Case No.: 2:18-cv-00223-MCE-AC        Robert L. Boucher, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

3. A continuance of Supplement Expert Designation deadline from May 2, 2019 to December 2, 2019;

4. A continuance of Rebuttal Expert Discovery to January 5, 2018;

5. A continuance of Joint Notice of Trial Readiness deadline from May 31, 2019 to December 16, 2019;

6. A continuance of Dispositive Motion deadline from July 31, 2018 to October 17, 2019.

## ORDER

After review of the Joint Stipulation to Modify the Initial Pretrial Scheduling Order, the Court makes the following Orders:

1. Close of discovery is extended to September 3, 2019.
2. Designation of Expert Witnesses is extended to November 4, 2019.
3. Supplemental Expert Designations is extended to December 2, 2019.
4. Rebuttal Expert Discovery is extended to January 5, 2020.
5. Dispositive Motions are to be filed by August 11, 2020.
6. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

Dated: January 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Order Granting Joint Stipulation of Parties to Modify the Scheduling Order**
*Mason v. El Dorado Hills Fire Department, et al.*      Lawrance A. Bohm, Esq.
Case No.: 2:18-cv-00223-MCE-AC      Robert L. Boucher, Esq.