1  Lawrance A. Bohm (SBN: 208716)
   lbohm@bohmlaw.com
2  **BOHM LAW GROUP, INC.**
3  4600 Northgate Boulevard, Suite 210
   Sacramento, California 95834
4  Telephone: 800.920.1292
   Facsimile: 916.927.2046
5

6  Robert L. Boucher (SBN: 244760)
   robert@boucher-law.com
7  **BOUCHER LAW**
8  2121 Natomas Crossing Drive, Suite 200-239
   Sacramento, California 95834
9  Telephone: 916.974.9756
   Facsimile: 916.927.2046
10

11 Attorney for Plaintiff,
   LISAMARIE MASON
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE MASON,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO HILLS FIRE DEPARTMENT; DAVE ROBERTS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00223-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO FURTHER MODIFY THE SCHEDULING ORDER**<br><br>*Assigned for All Purposes to*<br>*Hon. Morrison C. England, Jr., Crtrm 7*<br><br>Action Filed: February 1, 2018 |

The Joint Stipulation of the Parties to Modify Scheduling Order is hereby GRANTED as follows:

1. A continuance of Discovery from September 3, 2019 to March 23, 2020;

2. A continuance of Designation of Expert Witness deadline from November 4, 2019 to May 4, 2020;

///

1

**Order Granting Joint Stipulation of the Parties to Further Modify the Scheduling Order**
*Mason v. El Dorado Hills Fire Department, et al.*                    Lawrance A. Bohm, Esq.
Case No.: 2:18-cv-00223-MCE-AC                                         Robert L. Boucher, Esq.

3. A continuance of Supplement Expert Designation deadline from December 2, 2019 to June 15, 2020;

4. A continuance of Rebuttal Expert Discovery from January 3, 2020 to July 13, 2020;

5. A continuance of Dispositive Motion deadline from August 11, 2020 to September 3, 2020; and

6. A continuance of Joint Notice of Trial Readiness deadline from September 10, 2020 to December 21, 2020.

IT IS SO ORDERED.

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**Order Granting Joint Stipulation of the Parties to Further Modify the Scheduling Order**
*Mason v. El Dorado Hills Fire Department, et al.*     Lawrance A. Bohm, Esq.
Case No.: 2:18-cv-00223-MCE-AC     Robert L. Boucher, Esq.